IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC.,<br><br>    Defendant. | Cause No. 4:22-cv-00743-AGF |

**EXPRESS SCRIPTS' MOTION TO DISMISS**

Express Scripts, Inc., hereby moves under Federal Rule of Civil Procedure 12(b)(6) to dismiss the Complaint filed by AIDS Healthcare Foundation.

Dated: September 12, 2022

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ *Sarah C. Hellmann*
Christopher A. Smith, #53266(MO)
Sarah C. Hellmann, #50373(MO)
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500
(314) 480-1505 (fax)
chris.smith@huschblackwell.com
sarah.hellmann@huschblackwell.com

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

Michael Lyle (*pro hac vice*)
Jonathan Cooper (*pro hac vice*)
1300 I Street, NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
(202) 538-8100 (fax)
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

Ellison Ward Merkel (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, N.Y. 10010
(212) 849-7000
(212) 849-7100 (fax)
ellisonmerkel@quinnemanuel.com

*Attorneys for Express Scripts, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 12th day of September 2022, a copy of the foregoing document was filed with the Clerk of the Court to be served upon counsel of record via the Court's ECF system.

                                             /s/   Sarah C. Hellmann